UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 2:26-cv-05092-SSC Date: September 17, 2026

Title Francisco E. Agulo-Rivera v. B. Birkholz

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On May 4, 2026, *pro se* Petitioner Francisco E. Agulo-Rivera filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 seeking the restoration of good conduct time credits. (ECF 1.) On June 10, 2026, the Court ordered Respondent to file an answer to the petition or a motion to dismiss. (ECF 7.) On July 27, 2026, Respondent filed a motion to dismiss the petition. (ECF 14.) Petitioner was required to file an opposition or non-opposition to the motion to dismiss no later than August 26, 2026. (ECF 7 at 3.) The deadline to file Petitioner's opposition or non-opposition has passed and the Court has not received any filing from Petitioner.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-05092-SSC Date: September 17, 2026

Title Francisco E. Agulo-Rivera v. B. Birkholz

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **October 7, 2026**, why this action should not be dismissed for failure to prosecute and/or comply with a court order. In the event that Petitioner wishes to voluntarily dismiss this action, Petitioner may complete and return the enclosed Notice of Dismissal form, CV-09, by **October 7, 2026**.

If Petitioner files an opposition or non-opposition to the motion to dismiss by **October 7, 2026**, this order to show cause will be automatically discharged, and Petitioner need not respond to it separately.

**Petitioner is cautioned that failure to file a timely response to this order to show cause, or an opposition or non-opposition to the motion to dismiss, will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**