UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO E. AGULO-RIVERA,<br>Petitioner,<br>v.<br>B. BIRKHOLZ,<br>Respondent. | Case No. 2:26-cv-05092-SSC<br><br>**JUDGMENT** |

Pursuant to the Order filed concurrently herewith, IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: October 29, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE